FILED

MAR 1 1 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN PHILPSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 5:19-cv-480-OLG |
| BILL MILLER BAR-B-Q ) | |
| ENTERPRISES, LTD d/b/a ) | |
| BILL MILLER BAR-B-Q and ) | |
| BRAZOS DE SANTOS ) | |
| PARTNERS, LTD., ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANTS WITH PREJUDICE

THIS CAUSE is before the Court on the Parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendants with Prejudice [D.E. # 10]. The Court has carefully considered the Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1.  The Joint Stipulation to Approve Consent Decree and Dismiss Defendants with Prejudice is hereby GRANTED.

2.  The Court hereby APPROVES the Consent Decree, Defendants, BILL MILLER BAR-B-Q ENTERPRISES, LTD d/b/a BILL MILLER BAR-B-Q and BRAZOS DE SANTOS PARTNERS. LTD., are hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. All pending motions are hereby denied as moot.

6. This case is CLOSED.

DONE AND SIGNED in Chambers, at San Antonio, Texas this 11th day of March, 2020.

**ORLANDO L. GARCIA**
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF TEXAS,
SAN ANTONIO DIVISION

Copies furnished to:

Dennis R. Kurz, Attorney for Plaintiff
Kurz Law Group, LLC
4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
dennis@kurzlawgroup.com

Barry A. McClenaha, Attorney for Defendant(s)
The McClenahan Law Firm, PLLC
14603 Huebner Road, Building 32
San Antonio, Texas 78230
barry@mcclenahanlawfirm.com